Date signed October 11, 2005



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| **In re:** | : | |
| **Leon L. Crump** | : | **Case no. 05-16611-PM** |
| | | **Chapter 7** |
| | : | |
| **Debtor.** | | |

### Memorandum to Counsel

The Chapter 7 Trustee filed a motion to dismiss on September 16, 2005, asserting that the Debtor failed to appear at the meeting of creditors held pursuant to 11 U.S.C. § 341.  The Debtor filed a general response on September 27, 2005, but did not explain the reasons for the Debtor's failure to appear at the meeting of creditors.  Accordingly, the Debtor has ten days from the date of this memorandum to file a response as to why he failed to appear at the meeting of creditors; failing such response, the case will be dismissed.

cc:   Debtor
      Debtor's counsel
      Office of the United States Trustee

### End of Memorandum